# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DAVID HORNAMAN AND KRISTAL HORNAMAN,

        Petitioners

        v.

EMILY HORNAMAN AND DANIEL MITCHELL,

        Respondents

: No. 129 WAL 2024
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.